# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128957

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                          SC: 128957
                                                           COA: 260472
                                                           Tuscola CC: 98-007287-FC
CHRISTOPHER A. PEREZ,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 31, 2005 order of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

d1121

_____
Clerk